# United States District Court
## for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| FAUSTO LAZALA vs. SHINOBI NY LLC and HARUO YAZAKI | 14 CV 3284 |

Defendant

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| Karly Espinal, Gregorio Vasquez, Jesucristo Santos Luna, Yan Carlos Mena, Nelson Diaz, Engles Rodriguez, Eddy Nunez, Migues Agramonte-Baez, Corpus Perez, Santos Rojas-Frias and Juan N. Nunez vs. SHINOBI NY LLC and HARUO YAZAKI | 12-CV-5313 |

Defendant

Status of Earlier Filed Case:

☑ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open    (If so, set forth procedural status and summarize any court rulings.)

The earlier case was voluntarily dismissed. There is no appeal pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The claimant in the newly filed case is pursuing similar wage and hour claims against the same Defendants named in the earlier case.

Signature: _____    Date: 5-6-14

Firm: Lee Litigation Group, PLLC

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

#### Full Caption of Later Filed Case:

FAUSTO LAZALA

| Plaintiff | Case Number |
|---|---|
| vs. | |
| SHINOBI NY LLC and HARUO YAZAKI | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

FRANCISCO ABREU

| Plaintiff | Case Number |
|---|---|
| vs. | 13-CV-6322 |
| SHINOBI NY LLC and HARUO YAZAKI | |
| Defendant | |

Status of Earlier Filed Case:

☑ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☐ Open    (If so, set forth procedural status and summarize any court rulings.)

The earlier case was voluntarily dismissed. There is no appeal pending.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The claimant in the newly filed case is pursuing similar wage and hour claims against the same Defendants named in the earlier case.

Signature: _____    Date: 5-6-14

Firm: Lee Litigation Group, PLLC